UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EAST CENTRAL DIVISION

| | |
|---|---|
| Donald Dyrdahl and Karen Dyrdahl, Plaintiffs, vs. Gary A. Matthys, M.D., P.L.C. and Gary Matthys, M.D. individually, Defendants. | Case No.: 3:18-cv-00124-DLH-ARS  Plaintiffs' Fed. R. Civ. P. 15(a)(2) Motion to Amend Complaint |

Plaintiffs, through their counsel, move the Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to amend their Complaint. This Motion is based on Plaintiffs' Memorandum of Law, the Exhibits, the arguments of counsel, and all of the files, records, and proceedings herein.

Respectfully,

Dated: May 17, 2019

**CIRESI CONLIN LLP**

By: /s/ Brandon Thompson
      Brandon Thompson (ND #06935)

225 South Sixth Street
Suite 4600
Minneapolis, MN 55402
612-361-8200
BET@CiresiConlin.com

**ATTORNEYS FOR PLAINTIFFS**